**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 26-cv-60726-EA**

**Harley Avelino Duquesne Tabares**,

      Petitioner,

v.

**Warden, Broward Transitional Center—**
**Geo Group** *and* **United States Immigration**
**and Customs Enforcement,**

      Respondents.

_____/

**ORDER REQUIRING PAYMENT OF FILING FEE OR MOTION FOR**
**LEAVE TO PROCEED *IN FORMA PAUPERIS***

**THIS CAUSE** is before the Court upon Petitioner Harley Avelino Duquesne Tabares' Petition

for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 [ECF No. 1].  A preliminary review

of the docket demonstrates that Petitioner has failed to either pay the Clerk's $5.00 filing fee or

file a compliant Motion for Leave to Proceed *in forma pauperis*.

Parties instituting an action pursuant to a Petition for Writ of Habeas Corpus must either pay

$5.00 or seek pauper status by filing a motion for leave to proceed *in forma pauperis* ("IFP").  *See*

Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts. [1]  To proceed

IFP, a party must submit "the form 'Application to Proceed Without Prepayment of Fees and

Affidavit,' which may be obtained from the Clerk of the Court, or an affidavit which substantially

follows the form."  S.D. Fla. L.R. 88.2(b).  The form must "set forth information which establishes

that" the petitioner "is unable to pay the fees and costs of the proceedings" and be signed under

_____

[1] The Court may apply Rule 3(a) to the instant § 2241 Petition.  *See* Rule 1(b), Rules Governing
Section 2254 Cases in the United States District Courts.

penalty of perjury.  *Id*.  A party must also obtain "a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution."  Rule 3(a), Rules Governing § 2254 Cases in the United States District Courts.  The certificate must include "the 6-month period immediately preceding the filing of the complaint[.]"  *See* 28 U.S.C. § 1915(a)(2).

In this case, Petitioner has failed to either (1) pay the Clerk's $5.00 filing fee or (2) file a compliant Motion for Leave to Proceed *in forma pauperis*.  Petitioner will therefore be granted **one final opportunity** to file a compliant IFP Motion or pay the $5.00 filing fee.

Therefore, it is **ORDERED AND ADJUDGED**:

1. On or before **<u>April 24, 2026</u>**, Petitioner **shall** either pay the Clerk's filing fee of $5.00 or file a motion for leave to proceed *in forma pauperis* on the authorized form provided with this Order, with supporting financial affidavit and a six month account statement, in accordance with Rule 3(a) of the Rules Governing § 2254 Proceedings in the District Courts.  **This must be a full statement of all deposits and withdrawals, not just a summary**.

2. If the filing fee is paid, the check or money order must bear **Case No. 26-cv-60726-EA**.  This ensures that both the Amended Petition and the filing fee are docketed in this case.

3. Petitioner is cautioned that this will be his **final opportunity** in this case to file a legally sufficient Motion for Leave to Proceed *in forma pauperis*.  Failure to comply with this Order, the Rules of Civil Procedure, the Local Rules, or the Rules Governing Section 2254 Cases **will** result in dismissal of this case without prejudice and without further notice.

4. The Clerk is directed to **MAIL** a copy of this Order **and** the approved form motion for leave to proceed *in forma pauperis* (AO 239) to Petitioner at the address listed below and enter a notice of compliance confirming the same.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 24th day of March 2026.



**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Harley Avelino Duquesne Tabares,** *pro se*
A# 244142938
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

3