**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 26-cv-60726-EA**

**Harley Avelino Duquesne Tabares**,

      Petitioner,

v.

**Warden, Broward Transitional Center—**
**Geo Group** *and* **United States**
**Immigration and Customs Enforcement**

      Respondents.

_____/

## <u>ORDER TO BRIEF THE COURT'S SUBJECT MATTER JURISDICTION</u>

This cause comes before the Court on a sua sponte review of the record.  The Court takes no position on the merits of the Petition or claims contained therein.  However, to permit proper consideration of the Petition, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The parties **shall** brief the Court's subject matter jurisdiction under 8 U.S.C. §§ 1252(b)(9) and/or (g), as well as the merits of the petition.

2. Respondents shall have **10 days** from the issuance of this Order to file a Response to the Petition.  The Response **shall** (1) clearly outline Petitioner's path through the immigration proceedings up to Respondent's filing date; (2) specify whether Petitioner is subject to a final order of removal and, if Petitioner *is* subject to a final order of removal, the date on which the final order was entered, and (3) all relevant documents and transcripts, either in support of those facts or necessary for the resolution of this matter.

3. Petitioner may, but need not, file a Reply to the Response.  If Petitioner elects to file a Reply, it shall be due **within 10 days** of the date on which the Response is filed and shall

not exceed 10 pages.  *See* S.D. Fla. L.R. 7.1(c)(2).  The Court will not consider an untimely

Reply.  *See* Rules 1(b), 5(e), Rules Governing Section 2254 Cases in the United States

District Courts.

4. **Nothing in this Order should be construed as a comment on the ultimate merits of the**

**Petition or the claims contained therein**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 6th day of April

2026.



**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Provided To:

**Harley Avelino Duquesne Tabares,** *pro se*
A# 244142938
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov